No. 986. CAMPEAU *v.* AMRINE, WARDEN. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied    *Al Campeau, pro se.*

No. 995. WEST *v.* MAHONEY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. April 6, 1942. Petition for writ of certiorari to the Superior Court, King County, State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Hartzell West, pro se.*

No. 955. GRANT ET AL. *v.* SOUTH CAROLINA. April 6, 1942. Petition for writ of certiorari to the Supreme Court of South Carolina, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Leon A. Ransom* for petitioners. *Mr. John M. Daniel,* Attorney General of South Carolina, for respondent.

No. 985. OWENS-ILLINOIS GLASS CO. *v.* NATIONAL LABOR RELATIONS BOARD. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Henry A. Middleton* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* for respondent.

No. 940. CARIBBEAN EMBROIDERY COOPERATIVE, INC., ET AL. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. James R. Beverley* for

petitioners. *Solicitor General Fahy* and *Messrs. Warner W. Gardner* and *Irving J. Levy* for respondent.

No. 945. HARTFORD FIRE INSURANCE CO. *v.* LEITHAUSER, ADMINISTRATOR. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Clarence G. Myers, Harold W. Fraser,* and *Ross W. Shumaker* for petitioner. *Mr. John F. Hunter* for respondent.

No. 970. GREAT SOUTHERN LIFE INSURANCE CO. ET AL. *v.* WILLIAMS. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Clinton C. Small* for petitioners. *Mr. E. Byron Singleton* for respondent.

No. 981. RANDALL *v.* LABADDIE BOTTOMS RIVER PROTECTION DISTRICT OF FRANKLIN COUNTY, Mo. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. J. Wesley McAfee* and *Louis H. Breuer* for petitioner. *Mr. Gustavus A. Buder, Jr.* for respondent.

No. 987. FEDERAL POWER COMMISSION *v.* SAFE HARBOR WATER POWER CORP. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Fahy* and *Mr. Richard J. Connor* for petitioner. *Messrs. Charles Markell* and *E. M. Sturtevant* for respondent. *Mr. Joseph Sherbow* filed a brief on behalf of the Public Service Commission of Maryland, as *amicus curiae,* in support of petitioner.